**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LONNY BOOHER,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CONSUMER CELLULAR INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-00513-RFB-NJK<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Defendant National Consumer Telecom & Utilities Exchange, Inc. ("Defendant" or "NCTUE"), by and through its counsel of record, the law firm Greene Infuso, LLP, and Plaintiff Lonny Booher ("Plaintiff" or "Booher"), by and through his counsel of record, the law firm of Kind Law, hereby stipulate and agree as follows:

　　　　WHEREAS, Plaintiff filed its Complaint on March 22, 2022;

　　　　WHEREAS, Defendant NCTUE'S deadline to respond to Plaintiff's Complaint is April 26, 2022;

　　　　WHEREAS, due to the recent retention of counsel, NCTUE's counsel needs additional time to investigate and prepare a response to the Complaint;

　　　　WHEREAS, Plaintiff has agreed to give Defendant NCTUE up through and including May 26, 2022, in which to respond to Plaintiff's Complaint;

1

WHEREAS, there are no other deadlines that are affected by this stipulation that are presently known to the parties; and

WHEREAS, this stipulation is not entered into for any improper purpose or to delay;

THEREFORE, Plaintiff and NCTUE hereby stipulate and agree that NCTUE may have up through May 26, 2022 in which to respond to Plaintiff's Complaint.

| Respectfully Submitted by: | Approved by: |
|---|---|
| **GREENE INFUSO, LLP** | **FREEDOM LAW FIRM** |
| /s/ Michael V. Infuso | /s/ Gerardo Avalos, Esw. |
| Michael V. Infuso, Esq. | Gerardo Avalos, Esq. |
| Nevada Bar No. 7388 | Nevada Bar No. 15171 |
| Keith W. Barlow, Esq. | 8985 S. Eastern Avenue Suite 350 |
| Nevada Bar No. 12689 | Las Vegas, Nevada 89123 |
| 3030 South Jones Blvd. Suite 101 | |
| Las Vegas, Nevada 89146 | |

**O R D E R**

**IT IS SO ORDERED.**

Dated this __19th__ day of April 2022.

_____
Nancy J. Koppe
United States Magistrate Judge

2