Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Lonny Booher*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Lonny Booher, | Case No.: 2:22-cv-00513-CDS-NJK |
| Plaintiff, | **Stipulation for dismissal of Consumer Cellular Inc. with prejudice** |
| v | |
| National Consumer Telecom & Utilities Exchange, Inc; Consumer Cellular Inc., | |
| Defendant. | |

1    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Lonny

2  Booher and Consumer Cellular Inc. stipulate to dismiss Plaintiff's claims against

3  Consumer Cellular Inc. with prejudice. Each party will bear its own costs,

4  disbursements, and attorney fees.

5    Dated: November 2, 2022.

6

7  **KIND LAW**                                        **HOLLAND & HART LLP**

8  /s/ Michael Kind                                    /s/ Sydney Gambee
9  Michael Kind, Esq                                   Sydney Gambee, Esq
   8860 South Maryland Parkway, Suite 106              Joseph Went, Esq.
10 Las Vegas, Nevada 89123                             9555 Hillwood Dr , 2nd Flr
                                                       Las Vegas, NV 89134
11
                                                       *Counsel for Consumer Cellular Inc.*
12 **FREEDOM LAW FIRM**

13 /s/ George Haines
   George Haines, Esq.
14 8985 S. Eastern Ave., Suite 350
15 Las Vegas, Nevada 89123
   *Counsel for Plaintiff Lonny Booher*
16

17

18

19  The Clerk of Court is directed to close this case.

20
                              IT IS SO ORDERED:
21

22

23                            UNITES STATES DISTRICT JUDGE

24

25                            DATED: November 3, 2022

26

27

STIPULATION                          2